

# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-485-354

**Effective Date of Registration:**
November 14, 2025
**Registration Decision Date:**
February 24, 2026

---

### *Copyright Registration for One Work by One Author*
Registration issued pursuant to 37 CFR §202.3

## Title

Title of Work:   Guy With Sign - DSC03816.jpg

## Completion/Publication

Year of Completion:   2025
Date of 1st Publication:   October 24, 2025
Nation of 1st Publication:   United States

## Author

- **Author:**   Sharon Rose Vandygriff Christenson
  **Author Created:**   Photograph
  **Citizen of:**   United States
  **Domiciled in:**   United States

## Copyright Claimant

Copyright Claimant:   Sharon Rose Vandygriff Christenson
4278 S 4000 E, Franklin, ID, 83237, United States

## Rights and Permissions

Organization Name:   Sunflowerose Photography LLC
Name:   Sharon Rose Vandygriff Christenson
Email:   sunflowerosephotos@gmail.com
Telephone:   (972)330-7015
Address:   4278 S 4000 E
Franklin, ID 83237 United States

## Certification

**Name:** Sharon Rose Vandygriff Christenson
**Date:** November 14, 2025

**Copyright Office notes:** Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.