# EXHIBIT C


 **Cache Coffee**
1d · 🌐

I don't normally feed the trolls however, he went out of his way to make a special sign just for Jamie so it's the least I can do in return... See more

> **I LOVE MY COFFEE FASCISM FREE!**
>
> NO KINGS

👍❤️ 172                31 comments  5 shares  6.7K views

