# EXHIBIT D



Cache Coffee And More · Logan
Discover more

**cache coffee and more** · 11-01

Weekend truth with Jamie. Jamie
introduces our beautiful new dec...more

37

3

3

2

Add comment...